

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00523-CV

| | | |
|---|---|---|
| IN RE PALOMA CREEK HOMEOWNERS ASSOCIATION, Relator | § | Original Proceeding |
| | § | 442nd District Court of Denton County, Texas |
| | § | Trial Court No. 24-7614-442 |
| | § | January 9, 2025 |
| | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order granting the Homeowners' Rule 202 petition and to render an order denying the same. Our writ will issue only if the trial court fails to comply. All pending motions are denied as moot.

It is further ordered that Gang Liu, Bin Li, and John Voss shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker